UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES FLANAGAN,

                                    Plaintiff,

                    -against-

MAGNACHIP SEMICONDUCTOR
CORPORATION, YOUNG-JOON KIM, KYO-
HWA (LIZ) CHUNG, MELVIN L. KEATING,
ILBOK LEE, CAMILLO MARTINO, GARY
TANNER, and NADER TAVAKOLI,

                                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/27/2021

21 Civ. 3743 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court intends to consolidate the following actions: 21 Civ. 3587; 21 Civ. 3743; 21 Civ. 3769; 21 Civ. 3801; 21 Civ. 3927; and 21 Civ. 3860. By **June 9, 2021**, any interested attorneys shall file requests to be appointed Lead Counsel. Opposition to any such application shall be filed by **June 16, 2021**.

    SO ORDERED.

Dated: May 27, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge